```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINIQUE RIVERA,

                Plaintiff,

-against-

ANGELINA CRUIZE and EAST HARLEM
COUNCIL FOR HUMAN SERVICES, INC.

                Defendants.

**ORDER**

23-CV-10052 (VEC) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

As discussed at the Case Management Conference held on May 9, 2024:

Defense counsel shall mail a copy of its motion to dismiss located at ECF No. 18 to Plaintiff by **Tuesday, May 14, 2024.** That motion to dismiss is hereby held in abeyance.

Plaintiff shall file an amended complaint by **Monday, June 10, 2024**. By **Monday, June 17, 2024**, Defendants shall inform the Court via letter whether it intends to file a motion to dismiss or an answer in response to Plaintiff's amended complaint. In either case, Defendants shall file their motion to dismiss or answer by **Wednesday, July 10, 2024**. Plaintiff shall file her opposition to Defendant's motion to dismiss, if any, by **Friday, August 9, 2024.** Defendants shall file their reply, if any, by **Friday, August 23, 2024.**

The Court also notes that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court.  The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse.  The Clinic is open on weekdays from

10 a.m. to 4 p.m., except on days when the Court is closed.  Plaintiff is encouraged to make an appointment with the Clinic by calling (212) 659-6190.

Finally, to the extent the parties agree to proceed before a Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c), they should complete a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (available at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it via ECF.

**SO ORDERED.**

DATED:	New York, New York
	May 10, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge