**EGS**
Ellenoff Grossman & Schole LLP

1345 AVENUE OF THE AMERICAS – 11TH FLOOR
NEW YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
FACSIMILE:   (212) 370-7889
www.egsllp.com

July 18, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   07/19/2024

**MEMO ENDORSED**

**VIA ECF**
Hon. Katharine Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: ***Rivera v. East Harlem Council for Human Services, Inc. et. al.***,
   <u>Civil Case No. 23-cv-10052 (VEC)</u>

Dear Magistrate Judge Parker,

We represent Defendants East Harlem Council for Human Services, Inc. ("East Harlem") and Angelina Cruize ("Ms. Cruize") (collectively the "Defendants") in the above-referenced matter. We submit this letter to request an adjournment of the settlement conference currently scheduled for July 31, 2024. The parties have discussed Defendants' request and Plaintiff has consented to this request.

The basis of this request is the undersigned's unforeseen need for paid family leave / paternity leave through the beginning of August to address family-related needs.

To facilitate this adjournment and further settlement discussions, the parties jointly request that pending responsive deadlines be extended. Specifically, the parties jointly request that the deadline for Plaintiff to respond to Defendants' Motion to Dismiss the Amended Complaint be extended from the current deadline of August 9, 2024 to a new deadline of August 23, 2024 and that the deadline for Defendants to file a Reply to Plaintiff's response be extended from the current deadline of August 23, 2024 to a new deadline of September 6, 2024.

This is Defendants' first request for an adjournment and is the parties' first request to extend the deadlines related to responding to Defendants' Motion to Dismiss.

We thank the Court and your Honor for your attention to this matter.

Respectfully yours,

_____/s/_____
Joseph Tangredi, Esq.

{01422112.DOCX.1}

**APPLICATION GRANTED:**  **The deadline for Plaintiff to respond to Defendants' Motion to Dismiss the Amended Complaint is hereby extended to <u>August 23, 2024.</u>  The deadline for Defendants to file a Reply to Plaintiff's response is extended to <u>September 6, 2024.</u>**

**The settlement conference in this matter scheduled for Wednesday, July 31, 2024 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Tuesday, September 17, 2024 at 2:00 p.m.</u>  Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>September 10, 2024 by 5:00 p.m.</u>**

**<u>The Clerk of Court is directed to mail a copy of this order to the Plaintiff.</u>**

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

**07/19/2024**