**EGS**
Ellenoff Grossman & Schole

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/17/2024

1345 AVENUE OF THE AMERICAS – 11TH FLOOR
NEW YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
FACSIMILE:  (212) 370-7889
www.egsllp.com

September 16, 2024

**VIA ECF**
Hon. Katharine Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **APPLICATION GRANTED:** The Settlement Conference in this matter scheduled for 09/17/2024 is hereby adjourned sine die.
>
> APPLICATION GRANTED
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 09/17/2024

Re:  *Rivera v. East Harlem Council for Human Services, Inc. et. al.*,
    Civil Case No. 23-cv-10052 (VEC)

Dear Magistrate Judge Parker,

We represent Defendants East Harlem Council for Human Services, Inc. ("East Harlem") and Angelina Cruize ("Ms. Cruize") (collectively the "Defendants") in the above-referenced matter. We, along with Plaintiff, Dominique Rivera, jointly submit this letter to inform your Honor and the Court that the parties are requesting an adjournment of the Settlement Conference scheduled for Tuesday, September 17, 2024.

The basis of this request is that the parties have agreed to all the final terms and conditions of a Settlement Agreement and have memorialized such terms and conditions in a final draft of an agreement. The parties will fully execute the agreement within the next couple of days, but as soon as tomorrow.

By its terms, the Settlement Agreement will be consummated no later than thirty (30) days of its Effective Date, which is the eighth (8th) day after the expiration of a revocation period, to which Plaintiff is entitled. Accordingly, the parties jointly request, in addition to the adjournment of the scheduled Settlement Conference, that the matter remain open until October 22, 2024. The undersigned will file an executed Stipulation of Dismissal With Prejudice no later than that date.

We thank the Court and your Honor for your attention to this matter.

Respectfully yours,

_____/s/_____
Joseph Tangredi, Esq.